UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Erica Y. Young | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 15-12778-elf |
| North Point Condominium I Owners Assoc. | : | |
| Movant | : | Hearing Date: December 6, 2017 |
| | : | Time: 10:00 a.m. |
| v. | : | Location: Courtroom #1 |
| | : | |
| Erica Y. Young | : | |
| Respondent | : | |
| | : | |
| William C. Miller | : | |
| Trustee | : | |

NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE

North Point Condominium I Owners Association (the "Movant"), by its undersigned counsel has filed a Motion for Relief with the court for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1).

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 6, 2017 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

        Clerk
        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Gregory B. Nalencz, Esquire
Binder & Canno, LLC
803 West Market Street
West Chester, PA 19382
Tel. 484-648-1814
Fax. 610-480-8479

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to held before the Honorable Judge Eric L. Frank on December 6, 2017 at 10:00 a.m. in Courtroom #1, United States Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P.9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: 11-10-17

BINDER & CANNO

BY: _____
GREGORY B. NALENCZ, ESQUIRE
Binder & Canno, LLC
803 W. Market St.
West Chester, PA 19382
Tel. 484-648-1814
Fax. 610-480-8479
Attorney for Movant,
North Point Condominium I Owners Association