United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Erica Y. Young  
       Debtor

Case No. 15-12778-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 26, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.  
db        +Erica Y. Young,    3850 Woodhaven Rd.,    Unit 760,    Philadelphia, PA 19154-2730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:  
       CHRISTIAN A. DICICCO    on behalf of Debtor Erica Y. Young cdicicco@myphillybankruptcylawyer.com,  
         christianadicicco@gmail.com;r57075@notify.bestcase.com  
       JENNIFER W. LEVY-TATUM    on behalf of Creditor    North Point Condominium I Owners Association  
         jlevytatum@bindercanno.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank KMcDonald@blankrome.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erica Y. Young <br> Debtor | CHAPTER 13 |
| MidFirst Bank <br> Movant <br> vs. <br> Erica Y. Young <br> Debtor <br> William C. Miller <br> Trustee | NO. 15-12778 ELF <br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,420.25,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 1, 2017 through March 1, 2018 at $227.22/month |
| Late Charges: | November 16, 2017 through March 16, 2018 at $9.08/month |
| NSF Fee: | $30.00 |
| Suspense Balance: | $72.25 |
| Bankruptcy Fees & Costs: | $1,281.00 |
| **Total Post-Petition Arrears** | **$2,420.25** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on April 1, 2018 and continuing through September 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$227.22** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$403.38 from April 2018 to August 2018 and $403.35 in September 2018** towards the arrearages on or before the last day of each month at the address below;

MidFirst Bank

999 NorthWest Grand Boulevard

Oklahoma City, OK 73118

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    March 20, 2018                By: /s/ Kevin G. McDonald, Esquire
                                       Kevin G. McDonald, Esquire
                                       Attorney for Review
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322 FAX (215) 627-7734

Date: 3-22-18                          _____
                                       Christian A. DiCicco, Esquire
                                       Attorney for Debtor

Date: 3/23/2018                        _____
                                       William C. Miller
                                       Chapter 13 Trustee

**NO OBJECTION**

*without prejudice to any trustee rights or remedies

# O R D E R

Approved by the Court this 26th day of ___March___, 2018. However, the court retains discretion regarding entry of any further order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**