Certificate Number: 05781-PAE-DE-030998097

Bankruptcy Case Number: 15-12778



05781-PAE-DE-030998097

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2018</u>, at <u>6:23</u> o'clock <u>PM PDT</u>, <u>Erica Young</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 7, 2018</u>        By:    <u>/s/Allison M Geving</u>

                                Name:  <u>Allison M Geving</u>

                                Title: <u>President</u>