```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 15-12778-elf
Erica Y. Young                                              Chapter 13
         Debtor             CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 2           Date Rcvd: Jun 08, 2018
                            Form ID: 138NEW          Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db             +Erica Y. Young,   3850 Woodhaven Rd.,   Unit 760,   Philadelphia, PA 19154-2730
cr             +North Point Condominium I Owners Association,   Chancellor Properties, Inc.,   P.O. Box 148,
                 Ridley Park, PA 19078-0148
13514505       +ACS/ACFINSVC,   501 BLEECKER ST,   UTICA, NY 13501-2401
13514506        ACS/DEPT OF ED,   C/O ACS,   UTICA, NY 13501
13514508        ARIA Health,   PO Box 8500-6395,   Philadelphia, PA 19178-6395
13514509       +Brett M. Binder,   803 W. Market Street,   West Chester, PA 19382-1953
13514513       +CENTRAL FINL CONTROL,   PO BOX 66044,   ANAHEIM, CA 92816-6044
13568419       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,   Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,   Tucson, AZ 85712-1083
13514514       +Complete Collection Service,   4833 N. Dixie Hwy.,   Fort Lauderdale, FL 33334-3928
13514516       +DEPT OF EDUCATION/NELN,   PO BOX 173904,   DENVER, CO 80217-3904
13514519       +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
13514520       +FIRST PREMIER BANK,   3820 N LOUISE AVE,   SIOUX FALLS, SD 57107-0145
13514522       +FNCC/Legacy Visa,   ATTN: BANKRUPTCY,   PO BOX 5097,   SIOUX FALLS, SD 57117-5097
13514521       +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
13514525       +HSBC BANK,   95 WASHINGTON STREET,   BUFFALO, NY 14203-3006
13514526      ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. Christensen & Associates, Inc.,   PO Box 519,
                 Sauk Rapids, MN 56379)
13514527        Kennedy Medical Group,   PO Box 95000,   Philadelphia, PA 19195-0001
13514528       +LVNV Funding,   c/o Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
13514531        Methodist Hospital,   PO Box 3475,   Toledo, OH 43607-0475
13578461       +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13514533        Midland Mortgage Company,   P.O. Box 26648,   Oklahoma City, OK 73126-0648
13514534       +Midland Mortgage Company/Mid First Bank,   ATTENTION: BANKRUPTCY,   PO BOX 26648,
                 OKLAHOMA CITY, OK 73126-0648
13514535       +North Point I Condominium Owners Assoc.,   3850 Woodhaven Road,   Philadelphia, PA 19154-2730
13519610       +North Point I Condominium Owners Association,   Binder & Canno LLC,   803 W. Market St.,
                 West Chester PA 19382-1953
13514537        Penn Medicine,   UPHS Paysicians Patient Pay,   PO Box 824406,   Philadelphia, PA 19182-4406
13514539       +Pro Co,   PO Box 2464,   Aston, PA 19014-0464
13514540       +Recon Ortho Assoc II PC,   PO Box 757910,   Philadelphia, PA 19175-7910
13541115       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
13514543        Wells Fargo,   WELLS FARGO BANK,   MAC X2505-033 POB 10438,   DES MOINES, IA 50306
13514507        aetna,   P.O. Box 13865,   Philadelphia, PA 19101-3865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:10:10    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:11
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:41    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13599987        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 02:06:17
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
                 Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13514512       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 02:05:50    CAPITAL ONE,
                 26525 N RIVERWOODS BLVD,   METTAWA, IL 60045-3438
13514510       +E-mail/Text: bankruptcy@cavps.com Jun 09 2018 02:09:36    Calvary Portfolio Services,
                 ATTENTION:  BANKRUPTCY DEPARTMENT,   500 SUMMIT LAKE DR. SUITE 400,   VALHALLA, NY 10595-1340
13514511       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 02:05:25    Capital One,
                 ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
13516145       +E-mail/Text: bankruptcy@cavps.com Jun 09 2018 02:09:36    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13673356       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jun 09 2018 02:08:25
                 Christian A. DiCicco, Esq.,   Law Offices of Christian A. DiCicco,   2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
13514515       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 09 2018 02:06:15    Credit One Bank,
                 PO BOX 98873,   LAS VEGAS, NV 89193-8873
13514517       +E-mail/Text: electronicbkydocs@nelnet.net Jun 09 2018 02:09:23    DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,   LINCOLN, NE 68508-1904
13514518       +E-mail/Text: bankruptcy@erieinsurance.com Jun 09 2018 02:10:27    Erie Insurance,
                 100 Erie Insurance Place,   Erie, PA 16530-9000
13514523       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:45    GECRB/Lowes,
                 ATTENTION:  BANKRUPTCY DEPARTMENT,   PO BOX 103104,   ROSWELL, GA 30076-9104
13547222       +E-mail/Text: bankruptcy@sccompanies.com Jun 09 2018 02:10:35    Ginny’s,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13514524       +E-mail/Text: bankruptcy@sccompanies.com Jun 09 2018 02:10:35    Ginnys/Swiss Colony Inc,
                 ATTN: BANKRUPTCY,   1112 7TH AVE,   MONROE, WI 53566-1364
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13514529       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 02:16:41      LVNV FUNDING LLC,
                 PO BOX 10497,    GREENVILLE, SC 29603-0497
13514532       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 09 2018 02:09:19       MIDLAND FUNDING,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
13514530       +E-mail/Text: bkr@cardworks.com Jun 09 2018 02:08:18       Merrick Bk,    ATTN: BANKRUPTCY,
                 P.O. BOX 9201,    OLD BETHPAGE, NY 11804-9001
13514536       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 09 2018 02:08:34       PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13514538        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2018 02:28:54
                 Portfolio Recovery,    ATTN: BANKRUPTCY,    PO BOX 41067,    NORFOLK, VA 23541
13514541       +E-mail/Text: bankruptcy@sccompanies.com Jun 09 2018 02:10:35       Seventh Avenue,    1112 7TH AVE,
                 MONROE, WI 53566-1364
13514542       +E-mail/Text: External.Collections@phoenix.edu Jun 09 2018 02:10:23       UNIVERSITY OF PHOENIX,
                 4615 E ELWOOD ST FL 3,    PHOENIX, AZ 85040-1908
13537714        E-mail/Text: bknotices@conduent.com Jun 09 2018 02:10:32       US NATIONAL BANK ASSOC. TRUST,
                 c/o Xerox Education Services, LLC,    dba ACS Education Services,    P. O. Box 22724,
                 Long Beach, CA 90801-5724
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
```
              CHRISTIAN A. DICICCO    on behalf of Debtor Erica Y. Young cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JENNIFER W. LEVY-TATUM    on behalf of Creditor    North Point Condominium I Owners Association
               jlevytatum@bindercanno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Erica Y. Young
    Debtor(s)

Bankruptcy No: 15−12778−elf
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/8/18