IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erica Y. Young<br>　　　　　　　Debtor<br><br>MidFirst Bank<br>　　　v.<br>Erica Y. Young<br>　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 15-12778 ELF |

## ORDER

AND NOW, this 19th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 26, 2018, it is **ORDERED** that:

The Automatic Stay 11 U.S.C. Section 362 is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3850 Woodhaven Road #706 Philadelphia, PA 19154.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**