United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Erica Y. Young
    Debtor

Case No. 15-12778-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jul 19, 2018
     Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
db      +Erica Y. Young,   3850 Woodhaven Rd.,   Unit 760,   Philadelphia, PA 19154-2730
cr      +North Point Condominium I Owners Association,   Chancellor Properties, Inc.,   P.O. Box 148,    Ridley Park, PA 19078-0148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg      E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:27   City of Philadelphia,    City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:10    Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,    Harrisburg, PA  17128-0946
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22    U.S. Attorney Office,    c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
     TOTAL: 3

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
     CHRISTIAN A. DICICCO    on behalf of Debtor Erica Y. Young cdicicco@myphillybankruptcylawyer.com,     christianadicicco@gmail.com;r57075@notify.bestcase.com
     JENNIFER W. LEVY-TATUM    on behalf of Creditor    North Point Condominium I Owners Association jlevytatum@bindercanno.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,     bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,     bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,     philaecf@gmail.com
     TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Erica Y. Young<br>　　　　　　　Debtor<br><br>MidFirst Bank<br>　　　　v.<br>Erica Y. Young<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 15-12778 ELF |

**ORDER**

AND NOW, this 19th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 26, 2018, it is **ORDERED** that:

The Automatic Stay 11 U.S.C. Section 362 is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3850 Woodhaven Road #706 Philadelphia, PA 19154.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**